**Opinion issued November 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00832-CV

———————————

## IN RE LARRY OWEN AND FW SERVICES, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators Larry Owen and FW Services, Inc. filed a Petition for Writ of Mandamus requesting that this Court compel the trial court to rule on their pending Motion to Compel, filed June 10, 2025.[1]  While the Petition for Writ of Mandamus was pending, Relators filed a motion to dismiss advising that the trial court issued

---

[1] The underlying case is *Karen Crosby, Individually and on Behalf of the Estate of Keenan Raglin v. Larry Owen and FW Services, Inc.*, cause number 2021-26725, pending in the 152nd District Court of Harris County, Texas, the Hon. TaKasha L. Francis presiding.

a ruling on their Motion to Compel, rendering their request for mandamus relief moot.

Because the trial court has issued a ruling on Relators' Motion to Compel, Relators have received the relief sought and their request for mandamus relief is moot. *See In re Salverson*, No. 01-12-00384-CV, 2013 WL 557264, at *1-2 (Tex. App.—Houston [1st Dist.] Feb. 14, 2013, orig. proceeding) (mem. op.) (dismissing petition for writ of mandamus as moot where "there [was] no longer a justiciable controversy between the parties that would be resolved by the petition for mandamus relief"); *In re Jackson*, No. 01-12-00020-CV, 2012 WL 405707, at *1 (Tex. App.—Houston [1st Dist.] Feb. 9, 2012, orig. proceeding) (mem. op.) (dismissing petition for writ of mandamus as moot because relator "received the relief requested in his mandamus petition").

We thus grant Relators' motion and dismiss their Petition for Writ of Mandamus for lack of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.